```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 13956
    CANDICE N BLACK
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-2233


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 05/30/08 .

    2.   The case was dismissed without confirmation, 08/29/2008.

    3.   The Debtor paid a total of $     200.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TIDWATER MOTOR CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| AAA CHECKMATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY/HRS | UNSECURED | NOT FILED | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CONTINENTAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST SAVINGS CREDIT CAR | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| IMAGINE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| PARK NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNTS MA | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECMC | UNSECURED | NOT FILED | .00 | .00 |
| SALUTE VISA GOLD | UNSECURED | NOT FILED | .00 | .00 |
| PHARIA LLC | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |

             Summary of disbursements:
------------------------------------------------------------------------

```
                   SECURED      PRIORITY    UNSECURED        OTHER          TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00          .00            .00
PRINCIPAL PAID          .00          .00          .00          .00            .00
INTEREST PAID           .00          .00          .00          .00            .00
TOTAL PAID              .00          .00          .00          .00            .00
```

The Debtor's attorney, THOMAS W DREXLER            , was allowed $   3500.00
and was paid $     726.00   direct and $     188.40   through the plan.

The Trustee received $      11.60 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/13/08                      /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE